# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAFEWORKS, LLC, a Washington limited liability company, | |
| Plaintiff, | C08-1219Z |
| v. | MINUTE ORDER |
| TEUPEN AMERICAN, LLC, EXTREME ACCESS SOLUTIONS, INC., THE SPIDERLIFT COMPANY, INC., AND LEONARDO POLONSKI, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to revive and consolidate case, docket no. 24, is STRICKEN IN PART and GRANTED IN PART. Prior to receiving the parties' motion, the Court lifted the stay in this case, and the parties' motion to revive is stricken as moot. *See* Minute Order (docket no. 26). The Court also directed the parties to show cause why this case should not be consolidated with C08-1860Z, which was transferred from the District of Massachusetts. Based on the parties' joint motion to consolidate, Case Nos. C08-1219Z and C08-1860Z are hereby CONSOLIDATED for all purposes. All future pleadings, motions, briefs, and other documents shall be filed in Case No. C08-1219Z.

(2) The parties' stipulated motion to extend the deadline for answer, docket no. 25, is GRANTED. Defendants' answer to plaintiff's amended complaint, docket no. 14 in Case No. C08-1219Z, shall be filed by January 20, 2009.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER 1–

Filed and entered this 12th day of January, 2009.

BRUCE RIFKIN, Clerk

By  s/ Claudia Hawney
_____
Claudia Hawney
Deputy Clerk

MINUTE ORDER 2–