UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAFEWORKS, LLC, a Washington limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>TEUPEN AMERICA, LLC; EXTREME ACCESS SOLUTIONS, INC; THE SPIDERLIFT COMPANY, INC.; AND LEONARDO POLONSKI,<br><br>   Defendants. | Case No. C08-1219TSZ<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against DEFENDANTS and on behalf of PLAINTIFF SAFEWORKS, LLC in the amount of $8,704.03.

Dated this ___2nd___ day of AUGUST, 2010 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 1